AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC, *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 2:25-cv-00062-ABJ |
| Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson, *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Norada Capital Management LLC
30251 Golden Lantern, Suite E361
Laguna Niguel, California 92677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: March 5, 2025

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC, *Plaintiff(s)* <br><br> v. <br><br> Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson, *Defendant(s)* | Civil Action No. 2:25-cv-00062-ABJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Norada Fund Management, LLC
603 E Broadway Street
Prosper, Texas 75078

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: __March 5, 2025__    _____Becky Harris_____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC, <br> *Plaintiff(s)* <br> v. <br> Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson, <br> *Defendant(s)* | Civil Action No. 2:25-cv-00062-ABJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Marco Santarelli
3 Saint Croix
Laguna Niguel, CA 92677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: March 5, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:25-cv-00062-ABJ |
| Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson, | )<br>)<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Norada Equity Inc.
30251 Golden Lantern, Suite E361
Laguna Niguel, California 92677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  March 5, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC, <br> *Plaintiff(s)* <br> v. <br> Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson, <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:25-cv-00062-ABJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Norada Capital Ecommerce Fund I LLC
2232 Dell Range Blvd, Suite 200
Cheyenne, Wyoming 82009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: March 5, 2025                                                           _____
                                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC, *Plaintiff(s)* | )<br>)<br>)<br>)<br>)<br>)<br>) |
| v. | ) Civil Action No. 2:25-cv-00062-ABJ |
| Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson, *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Norada Capital Crypto Fund I LLC
2232 Dell Range Blvd, Suite 200
Cheyenne, Wyoming 82009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: March 5, 2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC,<br>*Plaintiff(s)*<br>v.<br>Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson,<br>*Defendant(s)* | Civil Action No. 2:25-cv-00062-ABJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Norada Theatrical Productions LLC
30251 Golden Lantern, Suite E361
Laguna Niguel, California 92677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: March 5, 2025

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Wyoming

Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC,
  *Plaintiff(s)*

v.

Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson,
  *Defendant(s)*

Civil Action No. 2:25-cv-00062-ABJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Norada Real Estate Funding LLC
30251 Golden Lantern, Suite E361
Laguna Niguel, California 92677

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: March 5, 2025



Signature of Clerk or Deputy Clerk

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC,

*Plaintiff(s)*

v.

Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson,

*Defendant(s)*

Civil Action No. 2:25-cv-00062-ABJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Norada Capital Real Estate Fund I, LLC
2232 Dell Range Boulevard, Suite 200
Cheyenne, Wyoming 82009

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: March 5, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC,
*Plaintiff(s)*

v.

Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson,
*Defendant(s)*

Civil Action No. 2:25-cv-00062-ABJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Aspire Events LLC
90 Fort Wade Road, 3rd Floor
Ponte Vedra, Florida 32081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  March 5, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | | |
|---|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC, | ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 2:25-cv-00062-ABJ |
| Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson, | ) ) ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Collective Equity Inc.
90 Fort Wade Road, 3rd Floor
Ponte Vedra, Florida 32081

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____March 5, 2025_____          _____Becky Harris_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC, <br> *Plaintiff(s)* <br> v. <br> Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson, <br> *Defendant(s)* | Civil Action No. 2:25-cv-00062-ABJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Themed Str Capital Fund LLC
7682 W Irlo Bronson Memorial Highway, Suite 1218,
Kissimmee, Florida 34747

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: _____March 5, 2025_____                  _____Becky Harris_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC,

*Plaintiff(s)*

v.

Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson,

*Defendant(s)*

Civil Action No. 2:25-cv-00062-ABJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ronald Fossum, Jr

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: March 5, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC, *Plaintiff(s)* <br><br> v. <br><br> Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson, *Defendant(s)* | Civil Action No. 2:25-cv-00062-ABJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael Johnson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: March 5, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

| | |
|---|---|
| Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC,<br>*Plaintiff(s)*<br>v.<br>Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson,<br>*Defendant(s)* | Civil Action No. 2:25-cv-00062-ABJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Andrew Cordle

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:  March 5, 2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Wyoming

Kathleen Grossart Taylor; Timothy F. Keeton; Arijit De; Jennifer Skeen; Brooke Ash Investments, LLC; Mark Sanders; Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary; Douglas Omundson; Douglas Omundson IRA and Douglas Omundson as its beneficiary; Steven Rumstein IRA and Steven Rumstein as its benficiary; Kari Teske as trustee for REIO QRP, LLC; FCohen Roth RD, LLC and Fred Cohen as its beneficiary; FCohen RD, LLC and Fred Cohen as its beneficiary; Rockmill Capital, LLC; and Rockmill Realty, LLC,

*Plaintiff(s)*

v.

Norada Capital Management LLC; Norada Fund Management, LLC; Marco Santarelli; Norada Equity Inc.; Norada Capital Ecommerce Fund I LLC; Norada Capital Crypto Fund I LLC; Norada Theatrical Productions LLC; Norada Real Estate Funding LLC; Norada Capital Real Estate Fund I, LLC; Aspire Events LLC; Collective Equity Inc.; Themed Str Capital Fund LLC; Ronald Fossum, Jr; Michael Johnson; Andrew Cordle; and Eddie Wilson,

*Defendant(s)*

Civil Action No. 2:25-cv-00062-ABJ

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eddie Wilson
24237 Marsh Landing Pkwy
Ponte Vedra Beach, Florida 32082

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert V. Cornish, Jr.
LAW OFFICES OF ROBERT V. CORNISH, JR., PC
680 South Cache Street, Suite 100, P.O. Box 12200
Jackson, WY 83001
Tel: (307) 264-0535
Email: rcornish@rcornishlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date:   March 5, 2025

*Signature of Clerk or Deputy Clerk*