# UNITED STATES DISTRICT COURT

for the
District of Wyoming

| | |
|---|---|
| FCohen RD, LLC and Fred Cohen as its beneficiary, Steven Rumstein IRA and Steven Rumstein as its beneficiary, Kari Teske as trustee for REIO QRP, LLC, Timothy F. Keeton, Kathleen Grossart Taylor, Brooke Ash Investments, LLC, Mark Sanders, Karen Krywy-Sanders IRA and Karen Krywy-Sanders as its beneficiary, Douglas Omundson, Douglas Omundson IRA and Douglas Omundson as its beneficiary, Rockmill Capital, LLC, Rockmill Realty, LLC, FCohen Roth RD, LLC and Fred Cohen as its beneficiary, Arijit De, Jennifer Skeen<br><br>*Plaintiff*<br><br>v.<br><br>Norada Capital Real Estate Fund I, LLC, Norada Capital Management LLC, Aspire Events LLC, Themed Str Capital Fund LLC, Eddie Wilson, Collective Equity Inc., Michael Johnson, Andrew Cordle, Norada Theatrical Productions LLC, Norada Real Estate Funding LLC, Norada Fund Management, LLC, Marco Santarelli, Norada Equity Inc., Norada Capital Ecommerce Fund I LLC, Norada Capital Crypto Fund I LLC, Ronald Fossum, Jr<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:25-cv-00062-ABJ<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Jason Nobles, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Norada Capital Management LLC in Natrona County, WY on March 26, 2025 at 1:19 pm at 5830 E 2nd St Ste 7000, Casper, WY 82609 by leaving the following documents

SUMMONS IN A CIVIL ACTION; COMPLAINT

Additional Description:
successful

White Female, est. age 36-45, glasses: N, Brown hair, 200 lbs to 220 lbs, 5' 9" to 6'.
Photograph: See Exhibit 1

Total Cost: $252.60

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in __Natrona County, Casper__, Signature _[signature]_
WY on __3/28/25__.  Jason Nobles
+1 (307) 634-7085



Exhibit 1a)

Mar 26, 2025 1:19:23 PM