FILED



*9:47 am, 7/21/25*

**Margaret Botkins
Clerk of Court**

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| KATHLEEN GROSSART TAYLOR, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NORADA CAPITAL MANAGEMENT LLC, *et al.*, <br><br> Defendants. | Case No. 2:25-cv-00062-ABJ <br><br> **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO RESPOND TO THE ASPIRE DEFENDANTS' MOTION TO DISMISS** |

THIS MATTER, having come before the Court on *Plaintiffs' Unopposed Motion for Second Extension of Time to Respond to the Aspire Defendants' Motion to Dismiss* (the "Motion") filed by Plaintiffs, and the Court having considered the Motion, and finding good cause, finds that the Motion should be granted.

IT IS ORDERED:

1. Plaintiffs' Motion is GRANTED; and

2. Plaintiffs shall have until July 28, 2025 to file a response to the Aspire Defendants' Motion to Dismiss.

DATED this 17TH day of July, 2025.

ALAN B. JOHNSON
UNITED STATES DISTRICT JUDGE

1