**FILED**



*8:58 am, 1/23/26*

**Margaret Botkins**
**Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

KATHLEEN GOSSART TAYLOR, et al,

Plaintiffs,

VS.

NORADA CAPITAL MANAGEMENT, LLC, et al,

Defendants,

Case No. 25-CV-62-ABJ

## ORDER FINDING AS MOOT PLAINTIFF'S AMENDED MOTION TO APPOINT RECIEVER

This matter is before the Court on its on notice. On January 8, 2026, the Court granted Defendants motion to dismiss Plaintiffs Second Amended Complaint without prejudice. (ECF No. 100 [Order]). However, in that Order, the Court failed to address the Plaintiffs' pending Amended Motion for Appointment of Receiver. (ECF No. 57). Thus, to clarify the record in this matter, the Court finds that given the dismissal of Plaintiffs' complaint, that motion is moot.

IT IS ORDERED that Plaintiffs' Amended Motion for Appointment of Receiver for Norada Capital Management, LLC is DISMISSED as MOOT.

Dated this 22ᵈ day of January, 2026.

Alan B. Johnson
United States District Judge